UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV420-203 |
| $170,640.00 IN UNITED STATES CURRENCY, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

In order to ensure the "just, speedy, and inexpensive" determination of this case, Fed. R. Civ. P. 1, the undersigned Magistrate Judge will conduct a telephonic scheduling conference with the parties in accordance with Federal Rule of Civil Procedure 16 on December 9, 2020, at 2:00 p.m.[1] Parties should be prepared to discuss all issues related to this case, including objections to jurisdiction, a schedule for discovery, and the possibility of early resolution through a Court-facilitated settlement conference or other form of alternative dispute resolution. Forfeiture

---

[1] A notice providing participation instructions with be provided by the Court in advance of the conference.

actions are excluded from the requirements of Rule 26(f) and the Court will not, at this time, require the parties to participate in a formal Rule26(f) conference or to complete a formal report. For the sake of efficiency, the parties are encouraged to confer in advance of the scheduling conference on the creation of a joint discovery proposal.

Any amendments to the pleadings or joinder of additional parties shall be filed no later than 30 days from the date of this Order.

**SO ORDERED**, this 5th day of October, 2020.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA